UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                            Case No. 24-cr-20476
                                            Hon. Matthew F. Leitman

GREGORY ALLEN LEBERT,

      Defendant.

_____/

## ORDER DIRECTING RELEASE OF DEFENDANT

      On Monday, April 28, 2025, Defendant Gregory Allen Lebert shall be released from custody. He shall be released directly to his attorney of record, John W. Brusstar. Upon Lebert's release, Brewster shall transport Lebert directly to the in-patient substance abuse center identified by probation officer Chaniqua Lipsey. Lebert shall then complete the 28-day in-patient treatment program at that facility. While completing that program, Lebert shall follow all rules and regulations of the program and shall not leave the in-patient facility during the 28-day program.

      At the conclusion of the 28-day program, Lebert shall proceed directly to the sober living residence identified by probation officer Lipsey. If he needs transportation to that facility, the transportation shall be provided solely by Brusstar. Lebert shall remain at the sober living residence as long as directed by probation

officer Lipsey, and, while there, he shall comply with all rules and regulations of the residence. Lebert may leave the residence only consistent with the policies and procedures of the residence and with appropriate permission from the residence's staff.

Finally, the Court imposes a zero-tolerance provision. Lebert shall strictly comply with all provisions of this order and all additional conditions of his bond.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-512