MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

   v.

LEBERT, Gregory Allen           Crim. No.: 24CR20476-01

On November 21, 2024, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on July 23, 2025, and the Court made the following findings:

 **X** All violations, one through five were dismissed. LEBERT is continued on supervised release with all prior conditions to remain in effect and the following special conditions of supervision are added.

1. "YOU MUST NOT USE OR POSSESS ALCOHOL IN ANY CONSUMABLE FORM, NOR SHALL YOU BE IN THE SOCIAL COMPANY OF ANY PERSON WHOM YOU KNOW TO BE IN POSSESSION OF ALCOHOL OR ILLEGAL DRUGS OR FREQUENT AN ESTABLISHMENT WHERE ALCOHOL IS SERVED FOR CONSUMPTION ON THE PREMISES, WITH THE EXCEPTION OF RESTAURANTS."

2. "YOU ARE TO COMPLETE THE TRANSITIONAL HOUSING PROGRAM AS DIRECTED BY THE PROBATION OFFICER."

            Respectfully submitted,

            Chaniqua Lipsey  
            United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

  Dated this 30th Day of July, 2025.

            s/Matthew F. Leitman  
            Honorable Matthew F. Leitman  
            U.S. District Court Judge