UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY ALLEN LEBERT,

        Defendant.

Case No. 24-cr-20476
Hon. Matthew F. Leitman

_____/

## ORDER FOR RELEASE FROM CUSTODY

During a supervised release violation hearing held on April 15, 2026, Defendant Gregory Allen Lebert, was sentenced to a period of time served. Therefore, **IT IS HEREBY ORDERED** that the Order of Detention is cancelled, and the Defendant be immediately released from the custody of the United States Marshal Service.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126